**Order entered January 20, 2023**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00701-CR

**CARLOS RAUL LARIOSTREJO, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F19-22702-P**

### ORDER

Before the Court is Court Reporter Crystal R. Brown's third request for extension of time to file the reporter's record. In the request Ms. Brown states she will file the reporter's record "no later than Friday, 1/20/23." We **GRANT** the request and **ORDER** the reporter's record due January 20, 2023.

We **DIRECT** the Clerk to send copies of this order to Ms. Brown and counsel for all parties.

/s/ ERIN A. NOWELL
JUSTICE